1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| JAMES MASONER, | ) | Case No. CV 06-5049 R(JC) |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING ACTION |
| ANTHONY KANE, Warden, | ) | |
| Respondent. | ) | |

17    On August 6, 2009, petitioner, who is represented by counsel, filed a Status

18  Report in which petitioner's counsel represents that this action has been mooted

19  by actions taken by California state courts.  District courts do not have jurisdiction

20  over moot claims.  Henrichs v. Valley View Development, 474 F.3d 609, 615 (9th

21  Cir.), cert. denied, 128 S. Ct. 647 (2007).

22    IT IS THEREFORE ORDERED that this action is dismissed.

23    IT IS FURTHER ORDERED that Judgment be entered accordingly.

24  DATE: ___August 10, 2009___

25
26
27  HONORABLE MANUEL L. REAL
28  UNITED STATES DISTRICT JUDGE