UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MASONER, | Case No. CV 06-5049 R(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| ANTHONY KANE, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Dismissing Action, IT IS ADJUDGED that this action is dismissed.

DATED: ___August 10, 2009_

*(signature)*

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE